IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR- 89 |
| | § | Judge Mazzant |
| JUSTIN ALY ESPINO | § | |
| | § | |

**INDICTMENT**

The United States Grand Jury Charges:

> FILED
> U.S. DISTRICT COURT
> EASTERN DISTRICT OF TEXAS
>
> APR 1 5 2021
>
> BY DEPUTY_____

## COUNT ONE

Violation:18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business Without
a License (Firearms))

Beginning in and around May 2020 and continuing up to and including the date of the filing of this Indictment, in the Eastern District of Texas, the defendant, JUSTIN ALY ESPINO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

Violation: 18 U.S.C. § 922(a)(6)
(False Statement During Purchase
of a Firearm)

On or about January 27, 2021, in the Eastern District of Texas, the defendant, JUSTIN ALY ESPINO, in connection with the acquisition of firearms, specifically a

Glock 17, 9 mm pistol, bearing serial number BRVX752, from Scheels, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Scheels, which was intended and likely to deceive Scheels as to a fact material to the lawfulness of such sale or acquisition of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, he was not the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of committing the felony offenses in violation of 18 U.S.C. § 922(a)(1)(A) and 18 U.S.C. § 922(a)(6) alleged in Counts One and Two of this Indictment, defendant, JUSTIN ALY ESPINO, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C § 2461(c), **all** firearms and ammunition involved in the offense, including but not limited to the following:

1. Glock, 17, 9mm pistol, serial number: BRVX752

2. Glock, 19X, 9mm pistol, serial number: BPYY186

Respectfully Submitted,

A TRUE BILL

FOREMAN

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

MATTHEW T. JOHNSON
Assistant United States Attorney

Date: 4/15/21

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR- |
| | § | Judge |
| JUSTIN ALY ESPINO | § | |

## **NOTICE OF PENALTY**

### **Count One**

Violation:          18 U.S.C. § 922(a)(1)(A)

Penalty:            Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

### **Count Two**

Violation:          18 U.S.C. § 922(a)(6)

Penalty:            Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00